B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)   Case Number **08−10094−RGM**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on January 9, 2008.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jeffery C. Frazier<br>25726 Meadowhouse Court<br>South Riding, VA 20152 | Jennifer A Frazier<br>25726 Meadowhouse Court<br>South Riding, VA 20152 |
| Case Number:   08−10094−RGM<br>Office Code:   1 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−8326<br>xxx−xx−5919 |
| Attorney for Debtor(s) (name and address):<br>Gregory H. Counts<br>Tyler, Bartl, Gorman & Ramsdell, PLC<br>700 South Washington St. Suite 216<br>Alexandria, VA 22314−4252<br>Telephone number:  703−549−7178 | Bankruptcy Trustee (name and address):<br>Gordon P. Peyton<br>Redmon. Peyton & Braswell<br>510 King Street, Suite 301<br>Alexandria, VA 22314<br>Telephone number:  (703) 684−2000 |

### Meeting of Creditors:
Date: **February 11, 2008**     Time: **03:30 PM**
Location: **115 South Union Street, Suite 206, Alexandria, VA 22314**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:
April 11, 2008**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **VCIS 24−hour case information:**<br>Toll Free 1−800−326−5879 | Date:  January 11, 2008 |

| | |
|---|---|
| | **EXPLANATIONS**     B9A (Official Form 9A) (12/07) |
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the say may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |
| | – – Refer to Other Side for Important Deadlines and Notices – – |

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1.

**PHOTOCOPIES** May be obtained by contacting Creative Assistant at (757) 624–9990 or by fax at (757) 624–9998.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0422-9           User: palmerd              Page 1 of 1              Date Rcvd: Jan 11, 2008
Case: 08-10094                 Form ID: B9A               Total Served: 21
```

The following entities were served by first class mail on Jan 13, 2008.
```
db         +Jeffery C. Frazier,   25726 Meadowhouse Court,   South Riding, VA 20152-2588
jdb        +Jennifer A Frazier,   25726 Meadowhouse Court,   South Riding, VA 20152-2588
aty        +Gregory H. Counts,   Tyler, Bartl, Gorman & Ramsdell, PLC,   700 South Washington St. Suite 216,
             Alexandria, VA 22314-4287
tr         +Gordon P. Peyton,   Redmon. Peyton & Braswell,   510 King Street, Suite 301,
             Alexandria, VA 22314-3132
8076632     AES Loan Servicing,   P.O. Box 2461,   Harrisburg, PA 17105-2461
8076633    +America's Servicing Company,   P O Box 10388,   Des Moines, IA 50306-0388
8076635    +American Home Mortgage,   4600 Regent Blvd., Suite 200,   Irving, TX 75063-2478
8076636    +Anthony W. Brown,   3405 Holly Circle,   Triangle, VA 22172-1417
8076637    +Aurora Loan Services,   10350 Park Meadows Dr.,   Littleton, CO 80124-6800
8076640     Bank of America,   P O Box 15027,   Wilmington, DE 19850-5027
8076642    +Citi Advantage World M/C,   PO Box 6062,   Sioux Falls, SD 57117-6062
8076643    +Fort Sill National Bank,   P.O. Box 33009,   Fort Sill, OK 73503-0009
8076644    +GE Money Bank,   P.O. Box 981284,   El Paso, TX 79998-1284
8076645     Home Depot,   P.O. Box 689100,   Des Moines, IA 50368-9100
8076648   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Financial Services,   PO Box 371339,
             Pittsburgh, PA 15250-7339)
```

The following entities were served by electronic transmission on Jan 12, 2008.
```
8076634     EDI: AMEREXPR.COM Jan 12 2008 04:45:00     American Expres,   P O Box 1270,
             Newark, NJ 07101-1270
8076638     EDI: BANKAMER.COM Jan 12 2008 04:44:00     Bank of America,   P O Box 15026,
             Wilmington, DE 19850-5026
8076640     EDI: BANKAMER2.COM Jan 12 2008 04:45:00    Bank of America,   P O Box 15027,
             Wilmington, DE 19850-5027
8076641     EDI: BANKAMER.COM Jan 12 2008 04:44:00     Bank of America World Points,   P O Box 15026,
             Wilmington, DE 19850-5026
8076646     EDI: HFC.COM Jan 12 2008 04:44:00     HSBC,   PO Box 4552,   Buffalo, NY 14240-4552
8076647     EDI: IRS.COM Jan 12 2008 04:44:00     Internal Revenue Service,   400 N. 8th Street, Box 76,
             Stop Room 898,   Richmond, VA 23219-0000
8076649     EDI: USAA.COM Jan 12 2008 04:45:00     USAA Federal Savings Bank,   10750 McDermott Fwy,
             San Antonio, TX 78288-0570
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8076639*   +Bank of America,   P O Box 15026,   Wilmington, DE 19850-5026
                                                                                            TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2008**                    Signature:  *Joseph Speetjens*