**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

JEFFERY AND JENNIFER FRAZIER             Case No. 08-10094-RGM
                                          Chapter 11
    Debtors.

## Schedule of Unpaid Debts

The Debtors Jeffery and Jennifer Frazier hereby represents that they have not incurred additional debts between the filing of their chapter 7 case and the conversion of to chapter 11.

                            Jeffery and Jennifer Frazier
                            By Counsel


/s/ Jeffery Frazier
Jeffery Frazier


/s/ Gregory H. Counts
Gregory H. Counts , VA Bar #46771
Tyler, Bartl, Gorman & Ramsdell, P.L.C.
700 South Washington Street, Suite 216
Alexandria, VA  22314
703-549-5010; Fax: 703-549-5011
Counsel to Debtor