**B9E ALT (Official Form 9E ALT)** (Chapter 11 Individual or Joint Debtor Case) (12/07)　　　　　Case Number **08–10094–RGM**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 7 on 1/9/08 and was converted to a case under chapter 11 on 12/11/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jeffery C. Frazier<br>25726 Meadowhouse Court<br>South Riding, VA 20152 | Jennifer A Frazier<br>25726 Meadowhouse Court<br>South Riding, VA 20152 |
| Case Number:   08–10094–RGM<br>Office Code:   1 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–8326<br>xxx–xx–5919 |
| Attorney for Debtor(s) (name and address):<br>Gregory H. Counts<br>Tyler, Bartl, Ramsdell & Counts, PLC<br>700 South Washington St. Suite 216<br>Alexandria, VA 22314–4252<br>Telephone number:  703–549–7178 | |

## Meeting of Creditors

Date:  **January 21, 2009**　　　　　　　　　　　Time:  **02:00 PM**

Location:  **115 South Union Street, Suite 208, Alexandria, VA 22314**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim. Use Attached Claim Form and File by Deadline below:

For all creditors (except a governmental unit): **4/21/09**　　　　　For a governmental unit: **6/22/09**

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:
3/23/09

### Deadline to File a Complaint Objecting to Discharge of the Debtor:
*First date set for hearing on confirmation of plan.*
Notice of that date will be sent at a later time.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>200 South Washington Street<br>Alexandria, VA 22314 | For the Court: |
|---|---|
| | Clerk of the Bankruptcy Court:<br>William C. Redden |
| **VCIS 24–hour case information:**<br>Toll Free 1–800–326–5879 | Date:  12/30/08 |

# EXPLANATIONS
**B9E ALT (Official Form 9E ALT) (12/07)**

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

## −− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, and 2003−1.) **PHOTOCOPIES** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

In re:                                          Case Number:   08−10094−RGM
                                                       Chapter  11

Jeffery C. Frazier

Social Security/Taxpayer ID Nos.:
xxx−xx−8326

Jennifer A Frazier

Social Security/Taxpayer ID Nos.:
xxx−xx−5919

                    Debtor(s)


# NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM
# AND PROOFS OF INTEREST


NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3003−1 the deadline set by the court under Federal Rule of Bankruptcy Procedure 3003(c) for filing proofs of claim and interest is 4/21/09 (the "Bar Date"). Claims not filed by the Bar Date with the clerk of this court will not be allowed and will be forever barred, with the following exceptions:

1.     Governmental units shall have until 6/22/09, to file proofs of claim.

2.     Claims and interests listed on the debtor's schedules and **not** listed as disputed, contingent, or unliquidated. (Note: a creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.)

3.     Unsecured claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(3) which arise or become allowable as a result of a judgment if the judgment is for the recovery of money or property or avoids an interest in property shall be filed within 30 days after the judgment becomes final or the Bar Date set forth above, whichever is later.

4.     Claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(4) arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after entry of the order approving such rejection or the Bar Date set forth above, whichever is later.


Dated:   12/30/08                                FOR THE COURT:

Proof of Claim page for Chapter 11
                                                 William C. Redden
                                                 Clerk of the Bankruptcy Court

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Eastern District of Virginia | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Jeffery C. Frazier<br>                  Jennifer A Frazier | Case Number:    08-10094 |
|---|---|

*NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>*(If known)*<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**    $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>    (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>      **3a. Debtor may have scheduled account as:** _____<br>      (See instruction #3a on reverse side.) | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>**Describe:**<br><br>**Value of Property:** $_____ **Annual Interest Rate____%**<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any:** $_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____ | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | **Amount entitled to priority:**<br><br>$_____ |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____ **DEFINITIONS** _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____ **INFORMATION** _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0422-9          User: palmerd              Page 1 of 2                Date Rcvd: Dec 30, 2008
Case: 08-10094               Form ID: B9E               Total Served: 30
```

The following entities were served by first class mail on Jan 01, 2009.
```
db           +Jeffery C. Frazier,    25726 Meadowhouse Court,    South Riding, VA 20152-2588
jdb          +Jennifer A Frazier,    25726 Meadowhouse Court,    South Riding, VA 20152-2588
aty          +Eric David White,    Samuel I. White, P.C.,    1804 Staples Mill Road, Suite 200,
              Richmond, VA 23230-3530
aty          +Gregory H. Counts,    Tyler, Bartl, Ramsdell & Counts, PLC,    700 South Washington St. Suite 216,
              Alexandria, VA 22314-4287
aty          +Howard N. Bierman,    Bierman, Geesing & Ward, LLC,    4520 East-West Highway,    Suite 200,
              Bethesda, MD 20814-3382
aty          +Stephen B Wood,    Friedman and MacFadyen,    1601 Rolling Hills Dr,    Ste 125 Surry Bldg,
              Richmond, VA 23229-5011
tr           +Gordon P. Peyton,    Redmon. Peyton & Braswell,    510 King Street, Suite 301,
              Alexandria, VA 22314-3132
cr           +Deutsche Bank National Trust Company,    C/o Bierman Geesing and Ward,
              4520 East-West Highway Suite 200,    Bethesda, MD 20814-3382
crtrptr      +Diversified Reporting Services, Inc.,    1101 16th Street NW,    2nd Floor,
              Washington, DC 20036-4803
cr            Toyota Motor Credit Corp.,    19901 S. Western Avenue, WF-21,    Torrance, CA 90501
cr           +Toyota Motor Credit Corporation,    Toyota Motor Credit Corporation,
              19001 South Western Ave. WF-21,    Torrance, CA 90501-1196,    U.S.A.
8076632       AES Loan Servicing,    P.O. Box 2461,    Harrisburg, PA 17105-2461
8076633      +America's Servicing Company,    P O Box 10388,    Des Moines, IA 50306-0388
8076635      +American Home Mortgage,    4600 Regent Blvd., Suite 200,    Irving, TX 75063-2478
8076636      +Anthony W. Brown,    3405 Holly Circle,    Triangle, VA 22172-1417
8076637      +Aurora Loan Services,    10350 Park Meadows Dr.,    Littleton, CO 80124-6800
8076640       Bank of America,    P O Box 15027,    Wilmington, DE 19850-5027
8076642      +Citi Advantage World M/C,    P O Box 6062,    Sioux Falls, SD 57117-6062
8076645       Home Depot,    P.O. Box 689100,    Des Moines, IA 50368-9100
8076648     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO Box 371339,
              Pittsburgh, PA 15250-7339)
```

The following entities were served by electronic transmission on Dec 31, 2008.
```
cr           +EDI: RECOVERYCORP.COM Dec 31 2008 04:08:00     Recovery Management Systems Corporation,
              25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
8076634       EDI: AMEREXPR.COM Dec 31 2008 04:08:00     American Expres,    P O Box 1270,
              Newark, NJ 07101-1270
8076638       EDI: BANKAMER.COM Dec 31 2008 04:08:00     Bank of America,    P O Box 15026,
              Wilmington, DE 19850-5026
8076640       EDI: BANKAMER2.COM Dec 31 2008 04:08:00     Bank of America,    P O Box 15027,
              Wilmington, DE 19850-5027
8076641       EDI: BANKAMER.COM Dec 31 2008 04:08:00     Bank of America World Points,    P O Box 15026,
              Wilmington, DE 19850-5026
8076643      +E-mail/Text: bankruptcy@fsnb.com                         Fort Sill National Bank,
              P.O. Box 33009,    Fort Sill, OK 73503-0009
8076644      +EDI: RMSC.COM Dec 31 2008 04:08:00     GE Money Bank,    P.O. Box 981284,    El Paso, TX 79998-1284
8076646       EDI: HFC.COM Dec 31 2008 04:08:00     HSBC,    PO Box 4552,    Buffalo, NY 14240-4552
8076647       EDI: IRS.COM Dec 31 2008 04:08:00     Internal Revenue Service,    400 N. 8th Street, Box 76,
              Stop Room 898,    Richmond, VA 23219-0000
8111052       EDI: RECOVERYCORP.COM Dec 31 2008 04:08:00     Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
8076649       EDI: USAA.COM Dec 31 2008 04:08:00     USAA Federal Savings Bank,    10750 McDermott Fwy,
              San Antonio, TX 78288-0570
                                                                                        TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            America's Servicing Company
cr            HSBC Bank USA
aty*         +Gordon P. Peyton,    Redmon. Peyton & Braswell,    510 King Street, Suite 301,
              Alexandria, VA 22314-3132
8076639*     +Bank of America,    P O Box 15026,    Wilmington, DE 19850-5026
                                                                                 TOTALS: 2, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-9           User: palmerd              Page 2 of 2               Date Rcvd: Dec 30, 2008
Case: 08-10094                 Form ID: B9E               Total Served: 30

             ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2009                       Signature:        _Joseph Speetjens_